### Samuel J.T. MOORE, III, Plaintiff—Appellant,

v.

**William A. PYLIARIS, President; Kathryn Pound, Treasurer; Brian Johnson, Director; Elias Cordova, Director; Old Dominion Club of Richmond; Rachel Sosin, Director, Defendants—Appellees.**

No. 06–1526.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2007.

Decided: March 7, 2007.

Angela D. Whitley, Richmond, Virginia, for Appellant. Guy C. Crowgey, Crowgey & Grossman, Richmond, Virginia, for Appellees.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel J.T. Moore, III, appeals the district court's order which dismissed his action for failure to state a claim upon which relief could be granted under Fed.R.Civ.P. 12(b)(6). The order also denied Moore leave to file an amended complaint and denied his motion for joinder, seeking to add additional defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Pyliaris*, No. 3:05–cv–00805–HEH (E.D.Va. Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*